# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy S. Vaughan,<br><br>  Plaintiff,<br><br>v.<br><br>Reliance Standard Life Insurance Company, et al.,<br><br>  Defendants. | No. CV-16-00341-PHX-SRB<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANTS MEDTRONIC INC. AND MEDTRONIC INC. LONG TERM DISABILITY PLAN** |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that defendants Medtronic, Inc. <u>and</u> Medtronic, Inc. Long term Disability Plan, are dismissed, without prejudice, each party to bear their own costs and attorneys' fees.

Dated this 8th day of April, 2016.

_____
Susan R. Bolton
United States District Judge