Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

Scott M. Harris
State Bar No. 011524
Scott M. Harris, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 252-7400
Facsimile: (602) 795-5610
email: harris@smharrislaw.com

*Attorneys for Plaintiff Wendy S. Vaughan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy S. Vaughan,<br><br>              Plaintiff,<br><br>      v.<br><br>Reliance Standard Life Insurance Company,<br><br>              Defendants. | Case No.  2:16-CV-00341-SRB<br><br>**NOTICE OF RESOLUTION AS TO ATTORNEY'S FEES AND COSTS ONLY** |

Pursuant to the Court's October 2, 2017 Order (Dkt. 64), Plaintiff hereby notifies the Court the parties have satisfactorily resolved the attorney's fees and costs matter in this case.

RESPECTFULLY SUBMITTED this 12th day of October, 2017.

By:   /s/ Scott E. Davis, Esq.          By:   /s/ Scott M. Harris, Esq.
         Scott E. Davis, Esq.                      Scott M. Harris, Esq.

1

## **CERTIFICATE OF SERVICE**

2

3      I hereby certify that on October 12, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5   William Demlong, Esq.
    Kimberly J. Suciu, Esq.

6   The Cavanagh Law Firm
    1850 N. Central Ave

7   Suite 2400
    Phoenix, AZ 85004-4527

8

9   By: _____*Lisa L. Martinez*_____
    *An employee of Scott E. Davis, P.C.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28